IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McDaniel, Steven D

Printed: 03/10/09

Case Number: 05 B 63253
Judge: Goldgar, A. Benjamin
Filed: 10/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 20, 2009
Confirmed:  February 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,605.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,757.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,489.00 |
| Trustee Fee: |  | 253.63 |
| Other Funds: |  | 105.00 |
| Totals: | 4,605.00 | 4,605.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Zalutsky & Pinski Ltd | Administrative | 2,489.00 | 2,489.00 |
| 2. City Of Chicago Dept Of Revenue | Unsecured | 504.00 | 1,259.93 |
| 3. Asset Acceptance | Unsecured | 198.99 | 497.44 |
| 4. Verizon Wireless | Unsecured | 88.21 | 0.00 |
| 5. Illinois Dept Of Human Services | Priority |  | No Claim Filed |
| 6. Social Security Administration | Unsecured |  | No Claim Filed |
| 7. Sprint Nextel | Unsecured |  | No Claim Filed |
| 8. JoAnne M Garner | Unsecured |  | No Claim Filed |
|  |  | $ 3,280.20 | $ 4,246.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 25.46 |
| 5% | 9.87 |
| 4.8% | 18.91 |
| 5.4% | 122.85 |
| 6.5% | 49.01 |
| 6.6% | 27.53 |
|  | $ 253.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McDaniel, Steven D | Case Number: 05 B 63253 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 10/31/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        */s/ Mach*